United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN, <br>     Plaintiff, <br> v. <br> DANIEL LICHAU, <br>     Defendant. | Case No. 19-cv-04268-SI <br><br> **ORDER OF DISMISSAL** |

On August 19, 2019, mail that had been sent from the court to plaintiff at the address he provided to the court was returned undelivered, bearing a stamp that stated "return to sender – attempted – not known – unable to forward." Docket No. 4. Plaintiff has not updated his address and more than sixty days have passed since the mail was first returned to the court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send written notice of his current address within sixty days of the return of the undelivered mail. This action is DISMISSED without prejudice because plaintiff failed to keep the court informed of his address in compliance with Local Rule 3-11(a).

**IT IS SO ORDERED**.

Dated: December 10, 2019

_____
SUSAN ILLSTON
United States District Judge