UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL LICHAU,<br><br>    Defendant. | Case No. 19-cv-04268-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice because plaintiff did not keep the court informed of his current address.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: December 10, 2019

_Susan Illston_

SUSAN ILLSTON
United States District Judge